IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

PATRICK E. O'NEIL and
JENNEIL LOUISE PARKS,
On Behalf of Themselves
and All Others Similarly Situated,

                                                                 Hon. Gordon J. Quist
     Plaintiff,                               Case No. 17-cv-00873-GJQ-PJG

v.

CAVALRY SPV I, LLC,
CAVALRY PORTFOLIO SERVICES, LLC

     Defendants.

---

## NOTICE OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41(1)(A)(i), Plaintiff hereby stipulates to and gives notice of the dismissal of the above-entitled and numbered action, with prejudice as to both Defendants.

                                        Respectfully submitted,

November 13, 2017

                          /s/ Nicholas A. Reyna
                   NICHOLAS A. REYNA (68328)
                          Primary Attorney for Plaintiff
                          528 Bridge St. Suite 1A
                          Grand Rapids, MI 48076
                          nickreyna7@hotmail.com>

                          /s/Brian P. Parker
                          BRIAN P. PARKER (P48617)
                          Co-Counsel Attorney for Plaintiff
                          4301 Orchard Lake Road, STE 180-208
                          West Bloomfield, MI 48323
                          (248) 342-9583
                          brianparker@collectionstopper.com